UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BAHLSEN GmbH & CO. KG,<br>BAHLSEN NORTH AMERICA, INC.<br><br>Plaintiffs,<br><br>v.<br><br>STARK FOODS INC.<br><br>Defendant. | Civil Action No.:<br>1:18-cv-00252-VSB<br><br>April 24, 2018 |

### STIPULATION FOR CONSENT JUDGMENT

Plaintiffs Bahlsen GmbH & Co. KG ("Bahlsen") and Bahlsen North America, Inc. ("BNA") brought this civil action against Defendant Stark Foods Inc. ("Stark") regarding Stark's distribution of Bahlsen products not authorized for sale in the United States. In particular, Bahlsen has asserted claims for trademark infringement and false designation of origin under federal law, 15 U.S.C. §§ 1051 *et seq.* (the "Lanham Act"), and for trademark infringement and breach of contract under New York common law. Bahlsen, together with BNA, has also brought a claim of unfair competition under New York common law. The parties now wish to settle this matter by agreement and avoid further litigation and, therefore, enter into this Stipulation and accompanying [Proposed] Consent Judgment Order setting forth the terms and conditions of such settlement.

IT IS STIPULATED AND AGREED by Bahlsen and Stark that this case shall be settled on the merits, with prejudice, on the terms and conditions set forth in the accompanying [PROPOSED] CONSENT JUDGMENT ORDER.

**Stipulated to on April 24, 2018:**

By: *[signature]*
    *April 25, 2018*

Jenny R. Chou (*pro hac vice*)
WIGGIN AND DANA LLP
265 Church Street
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4302
(203) 782-2889 fax
jchou@wiggin.com

Sapna W. Palla
WIGGIN AND DANA LLP
437 Madison Avenue
New York, NY 10022-7001
(212) 551-2844
(212) 551-2888 fax
spalla@wiggin.com

*Attorneys for Plaintiffs*
BAHLSEN GmbH & CO. KG
BAHLSEN NORTH AMERICA, INC.

By: *[signature]*

BARRY LEVIN, ESQ.
1225 Franklin Avenue, Ste. 325
Garden City, NY 11530
(516) 222-4500
E-Mail: bl3160@aol.com

*Attorney for Defendant*, Stark Foods Inc.

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

　　　　　　　　　　　　　　　　　　　　　/s/ Jenny R. Chou
　　　　　　　　　　　　　　　　　　　　　Jenny R. Chou, Esq.

21864\3\3884592.v1